56 C

**IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA**

Calvin Puckett Jr.

PO Box 987

Tucker georgia near 30084

_____
Plaintiff(s)

vs.

THE CBE GROUP, INC.

1309 Technology Parkway

CEDAR FALLS, IA 50613

_____
Defendant(s)

Telephone (Daytime number if known, otherwise, evening number)

Clerk, Gwinnett Magistrate Court, P.O. Box 246

Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. 24 M20020

INFO & FORMS ON INTERNET
www.gwinnettcourts.com
E-mail: mag@gwinnettcounty.com

# STATEMENT OF CLAIM

[ ] Suit on Note    [ ] Suit on Account    [✓] Other Fair Credit Reporting Act

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of Gwinnett County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

See Attached

3. That said claim is in the amount of: $ 4,000 principal, $ _____ interest, plus $ 106.00 costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

Calvin Puckett Jr. being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

13 day of May 20 24

Notary Public/Attesting Official

Plaintiff Calvin Puckett Jr.

Plaintiff or Agent

(If Agent -- Title or Capacity)

Day Time Phone Number (470) 641-5542

I request a civil trial [ ] during normal business hours  **- OR -**  [ ] 6:30 PM, evening trials. **ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.**

## NOTICE AND SUMMONS

**TO: All Defendant(s)**

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. **YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.** If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. **NO TELEPHONE ANSWERS ARE PERMITTED.** The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this 13 day of May 20 24 _____
Magistrate or Deputy Clerk of Court

**See Instructions on Reverse Side of This of this Document**

Q:\Magforms\MAG 10 Civil Filing\Statement Of Claims Mag.10-01    White--MAGISTRATE  Yellow--DEFENDANT  Pink--PLAINTIFF    Aug 10

## GENERAL INSTRUCTIONS --IF YOUR CASE GOES TO TRIAL

The instructional tape, "I PRESENT MY CASE" is currently scheduled for viewing on the Gwinnett County Public Access Channel, Channel 23.   Current scheduling can be confirmed on the web-site, www.gwinnettcounty.com, click on Calendar and then on TV Gwinnett.  This video gives general instructions on some aspects of presenting your own case at trial.

Additional information about the Magistrate Court and civil proceedings is available on the courts website at www.gwinnettcourts.com. Click on the "Magistrate" tab.

You must be prepared and **ON TIME**.  Bring all of your witnesses, documents, photographs, etc. to court with you.  If you are late, you may automatically lose your case and you may not have an opportunity to present your side of the issue.  If you must be late, contact the court well in advance during normal business hours so that the calendar can be properly marked.

The following may help you in preparing your claim or defense:
- ☐ All parties shall notify the Clerk of Court in writing of any address change, or daytime telephone number change.  All court notices come by regular mail. If you fail to provide your new address, you may miss your trial & lose your case.
- ☐ Bring the following to court to help prove your case:
  - ☐ Written contracts, leases, IOUs, notes, and all written documents applicable to the case.
  - ☐ Letters and/or papers relating to the case.
  - ☐ Bills or estimates, invoices. (The person(s) who prepared the bills or estimates should accompany you to court.)
  - ☐ Canceled checks and/or other proof of payment.
  - ☐ Photographs, audio and video tapes and the means for playing them in court.
  - ☐ Witnesses. (They should accompany you.  Notarized statements CANNOT be accepted as evidence at a trial.)
  - ☐ All other evidence you consider relevant.
- ☐ Bring to court all witnesses having firsthand knowledge of the case meaning that they have not heard evidence from someone else. [NOTE: Impartial witnesses who have no stake in the outcome of the case are generally more believable.]
- ☐ Get a subpoena (order to appear) from the Clerk of Court for some witnesses to make certain that they appear.
- ☐ To obtain documents, get subpoenas for the production of documents from the Clerk of Court.
- ☐ This case involves damage to property. (for example, a car, the home, etc.)
  - ☐ I can describe the damage in detail and I have repair bills, written estimates of damage or repair, or other reliable evidence to help support **my opinion of the value of the property before and/or after** the damage.  [NOTE: a case involving damages must always be proved by LIVE TESTIMONY].  Bring/subpoena the person to court who prepared any estimates.
  - ☐ I can describe the condition of the property before the damage and I have determined what it was worth then.  I have a Bluebook/Blackbook guide or newspaper ads to help prove my opinion.  I can describe with reasonable certainty the cost of repairs.  I have researched the law as to the correct measure of damages.

### For the Plaintiffs:
- ☐ The party I have named is the one who is liable to me.  (There is not another person or corporation who really owes the money to me.  Just because a person is an officer/registered agent of a corporation does not make that person liable.)
- ☐ I can prove the amount of the complaint.  I have not asked for more money than is really owed me.

### For the Defendants:
- ☐ I filed an answer/counterclaim to the Plaintiff's claim on time.
- ☐ I do not owe the money because someone else is legally responsible, a third party or a corporation.
- ☐ I do not owe the Plaintiff anything for some other reasons.
- ☐ The Plaintiff is suing for more than the damage done.
- ☐ The Plaintiff owes me money and I have set forth the amount owed me in my counterclaim. (A counterclaim must be proven to a "preponderance of the evidence" in the same manner as Plaintiff's claim.)
- ☐ I owe most or all of the money the Plaintiff claims but I need more time to pay it.  I need to set up a payment plan.  I will try to work this out with the plaintiff before court.  Otherwise, I will tell the judge I need a payment plan at the court date.

NOTE:  This is not an exhaustive list of the items you may need in court nor is it a complete list of the things to be considered in presenting your case.  Each case is different and should be considered carefully before appearing in court.

The Magistrate Court attempts to use simple procedures but is subject to the same rules of law and evidence as any other court.  You may wish to seek legal advice from an attorney if the importance of your case warrants it. You have the responsibility for presenting your case and this form gives only general advice which may not be adequate in your case.

MAG 10-02 Statement of Claims Instructions (Rev 6-08).doc

**IN THE MAGISTRATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

CALVIN PUCKETT JR.

          Plaintiff
     v.

THE CBE GROUP, INC.
          Defendant

Civil Action
File No. _____

## INTRODUCTION

1.  This is a complaint for actual and statutory damages brought by Plaintiff CALVIN PUCKETT JR. an individual and consumer, against Defendant, THE CBE GROUP, INC. (hereinafter "CBE") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (hereinafter "FCRA").

## JURISDICTION AND VENUE

2.  Jurisdiction of this court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331 for violations of the FCRA.

3.  The occurrence which gives rise to this action occurred in Dekalb County, georgia.

## PARTIES

4.  Plaintiff CALVIN PUCKETT JR. (hereinafter "CPJ") is a natural person domiciled on Decatur, Dekalb County, georgia.

5.  Upon information and belief, Defendant THE CBE GROUP, INC., is an Iowa Corporation with its principle place of business located at 1309 Technology Parkway, Cedar Falls, IA 50613.

## LIMITATION OF ACTION

6.  An action to enforce any liability created under this subchapter may be brought in any appropriate United States district court, without regard to the amount in controversy, or in any other court of competent jurisdiction, not later than the earlier of-

    (1) 2 years after the date of discovery by the plaintiff of the violation that is the basis for such liability; or

    (2) 5 years after the date on which the violation that is the basis for such liability occurs.

1

## FACTS OF THE COMPLAINT

7. On or about November 12, 2023 Plaintiff received a disclosure dated November 12, 2023, from TransUnion, a consumer reporting agency, and found an inquiry from an unfamiliar entity.

8. Plaintiff observed after careful examination of the consumer disclosure that the Defendant CBE procured Plaintiff's TransUnion consumer report on March 22, 2022 without a permissible purpose.

9. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

10. Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. § 1692a(6).

11. TransUnion is a consumer reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

12. The FCRA defines the permissible purposes for which a person may procure a consumer report pursuant to 15 U.S.C. § 1681b.

13. Plaintiff has never initiated any credit transactions, applied for employment, insurance, had any legitimate business dealings, and/or held an account or electronic funds transfer with the Defendant.

14. The terms account and electronic transfer have the same meanings as in 15 U.S.C. § 1693a(2) pursuant to 15 U.S.C. § 1681a(r)(4).

15. Plaintiff submitted an inquiry demand to Defendant, via Certified Mail, on or about November 24, 2023 regarding the unauthorized inquiry to consumer report.

16. On or about November 28, 2023 Defendant received the inquiry demand, via Certified Mail, and did not provide any response or resolution.

17. Plaintiff has no record of providing Defendant with prior consent to procure a consumer report from any consumer reporting agency.

18. Without limiting the general application of false, deceptive, and misleading the actions of the Defendant, procuring a consumer report under the false pretense of reviewing an account and without a permissible purpose, are willful and negligent noncompliance violations of the FCRA.

### FIRST CLAIM OF RELIEF
### (Defendant THE CBE GROUP, INC.)
### 15 U.S.C. § 1681b

19. CPJ re-alleges and reincorporates all previous paragraphs as though fully set out herein.

20. CBE violated the FCRA.

2

21.    CBE's violations include, but are not limited to, the following:

- CBE violated 15 U.S.C. § 1681b by procuring the consumer report under false pretenses and without a permissible purpose on March 22, 2022 and are liable pursuant to 15 U.S.C § 1681n for statutory damages in the total amount of $1,000.

### SECOND CLAIM OF RELIEF
### (Defendant THE CBE GROUP, INC.)
### 15 U.S.C. § 1681b

22.    CPJ re-alleges and reincorporates all previous paragraphs as though fully set out herein.

23.    CBE violated the FCRA.

24.    CBE's violations include, but are not limited to, the following:

- CBE violated 15 U.S.C. § 1681b by procuring the consumer report under false pretenses without a permissible purpose on March 22, 2022 and are liable pursuant to 15 U.S.C § 1681o for actual damages in an amount to be determined at trial.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff demands judgement against the defendant as follows:

(a)  Judgment for the violations of the FCRA;

(b)  Actual damages for negligent noncompliance pursuant to 15 U.S.C § 1681o(a);

(c)  Statutory damages for willful noncompliance pursuant to 15 U.S.C § 1681n(a)(1)(A);

(d)  For costs;

(e)  For such amount of punitive damages as the court may allow; and

(f)  For such other and proper relief as the court deems just and proper.

Respectfully submitted this thirteenth day of May, two thousand twenty-four

CALVIN PUCKETT JR.
PO Box 675622
Marietta, georgia near 30006
calvinpuckett1@gmail.com
(404) 641-5542
Plaintiff, *in propria persona.*

3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the Plaintiff or Plaintiff's Attorney in the foregoing matter with a copy of this pleading by depositing it in the United States Mail in a properly addressed envelope with adequate postage thereon.

This the, <u>13th</u> day of <u>May</u>, 2024

4

Civil Action No. _____

Date Filed _____

**Magistrate Court** ☐
**Superior Court** ☐
**State Court** ☐
**Georgia, Gwinnett County**

_____

_____
**Plaintiff**

VS.

_____

_____
**Defendant**

Attorney's Address

_____

Name and Address of party to be served.

_____

_____
**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___.

_____
**Deputy**

Sheriff Docket _____ Page _____

_____
**Gwinnett County, Georgia**

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13