**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CALVIN PUCKETT, JR.,

                Plaintiff,

vs.

THE CBE GROUP, INC.,

                Defendant.

CIVIL ACTION FILE

NO. 1:24-cv-02710-SEG

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of the Magistrate Judge's report and recommendation and the court having adopted said recommendation and granted Defendant's motion to dismiss, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 30th day of August, 2024.

                KEVIN P. WEIMER
                CLERK OF COURT

By:     s/ A. Edwards
          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 30, 2024
Kevin P. Weimer
Clerk of Court

By:   s/ A. Edwards
      Deputy Clerk